IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

UNITED STATES OF AMERICA
PLAINTIFF
ATTY: Denis Dean

ANTHONY ALLEN JEAN
DEFENDANT
ATTY: Joe Alfaro

JUDGE: Timothy L. Brooks, U. S. District Judge
REPORTER: Dana Hayden
CLERK: Sheri Craig
CASE NO. 5:15-CR-50087-001
INTERPRETER:
DATE: October 11, 2016

ACTION: MOTION HEARING

| TIME | MINUTES |
|---|---|
| 2:13 pm | Court Convenes |
| | Procedural History by the Court |
| | Argument on behalf of the Defendant: |
| | 1. Dr. Matthew Miller (via video teleconference) |
| | Argument on behalf of the Government: |
| | 1. Daniel Alfin, Special Agent, FBI |
| | Argument by Counsel |
| | Motion taken under advisement |
| 5:30 pm | Court Adjourned |